UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **09-CV-80802-Marra-Johnson**

JANE DOE NO. 8,

        Plaintiff,

VS.

JEFFREY EPSTEIN,

        Defendant.

_____/

```
FILED by   VT   D.C.
ELECTRONIC

May 28, 2009

STEVEN M. LARIMORE
CLERK  U.S.  DIST.  CT.
S.D.  OF  FLA. - MIAMI
```

## COMPLAINT

Plaintiff, Jane Doe No. 8 ("Jane" or "Jane Doe"), brings this Complaint against Jeffrey Epstein, as follows:

### Parties, Jurisdiction and Venue

1.     Jane Doe No. 8 ("Jane Doe") is a citizen and resident of the State of Florida, and is sui juris.

2.     This Complaint is brought under a fictitious name to protect the identity of the Plaintiff because this Complaint makes sensitive allegations of sexual assault and abuse upon a minor.

3.     Defendant Jeffrey Epstein is a citizen and resident of the State of New York, and presently serving a prison sentence in Palm Beach County, Florida for, inter alia, solicitation of prostitution and solicitation of minors to engage in prostitution. .

4.     This is an action for damages in excess of $50 million.

5.     This Court has jurisdiction of this action and the claims set forth herein pursuant to 28 U.S.C. §1332(a), as the matter in controversy (i) exceeds $75,000, exclusive of interest and costs;

MERMELSTEIN & HOROWITZ, P. A.               www.sexabuseattorney.com

and (ii) is between citizens of different states.

6.      Additionally, this Court has jurisdiction pursuant to 28 U.S.C. §1331 because Plaintiff alleges a claim under the laws of the United States.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) over all other claims set forth herein which form part of the same case or controversy.

7.      This Court has venue of this action pursuant to 28 U.S.C. §§1391(a) and 1391(b) as a substantial part of the events or omissions giving rise to the claim occurred in this District.

## Factual Allegations

8.      At all relevant times, Defendant Jeffrey Epstein ("Epstein") was an adult male in his early 50's. Epstein is a financier and money manager with a secret clientele limited exclusively to billionaires.  He is himself a man of tremendous wealth, power and influence.  He maintains his principal home in New York and also owns residences in New Mexico, St. Thomas and Palm Beach, FL.  The allegations herein concern Epstein's conduct while at his lavish estate in Palm Beach.

9.      Upon information and belief, Epstein has a sexual preference and obsession for underage minor girls.  He engaged in a plan and scheme in which he gained access to primarily economically disadvantaged minor girls in his home, sexually assaulted these girls, and then gave them money.  In or about 2001, Jane Doe, then approximately 16 years old, fell into Epstein's trap and became one of his victims.

10.      Upon information and belief, Jeffrey Epstein carried out his scheme and assaulted girls in Florida, New York and on his private island, known as Little St. James, in St. Thomas.

11.      Epstein's scheme involved the use of young girls to recruit underage girls.  These underage girls were recruited ostensibly to give a wealthy man a massage for monetary compensation

in his Palm Beach mansion. Epstein, upon information and belief, generally sought out economically disadvantaged underage girls from Palm Beach County who would be enticed by the money being offered - generally $200 to $300 per "massage" session - and who were perceived as less likely to complain to authorities or have credibility if allegations of improper conduct were made.

12.     Epstein's plan and scheme reflected a particular pattern and method. The underage victim would be brought or directed to Epstein's mansion, where she would be led up a flight of stairs to a room that contained a massage table in addition to other furnishings. The girl would then find herself alone in the room with Epstein, who would be wearing only a towel. He would then remove his towel and lie naked on the massage table, and direct the girl to remove her clothes. Epstein would then perform one or more lewd, lascivious and sexual acts.

13.     Consistent with the foregoing plan and scheme, Jane Doe was recruited by another girl, who told her that she could make some money, but did not tell her what was involved. At all relevant times, the girl who recruited Jane Doe was acting on behalf of and as agent for Epstein. Jane was contacted by this girl by telephone. Jane was then picked up and brought to Epstein's mansion in Palm Beach. Once there, she was led up the flight of stairs to the room with the massage table. Epstein came into the room and directed Jane to remove her clothes and give him a massage. Jane was frightened and felt trapped. As directed by Epstein, Jane removed her clothes. Epstein then during the massage touched Jane on her breasts and vagina, and he grabbed her hand and placed it on his penis. Epstein masturbated himself during the massage. Epstein then left money for Jane.

14.     As a result of this encounter with Epstein, Jane experienced confusion, shame, humiliation and embarrassment, and has suffered severe psychological and emotional injuries.

## COUNT I
## <u>Sexual Assault and Battery</u>

15.     Plaintiff Jane Doe repeats and realleges paragraphs 1 through 14 above.

16.     Epstein made an intentional, unlawful offer of offensive sexual contact toward Jane Doe, creating a reasonable fear of imminent peril and sexual assault.

17.     Epstein intentionally inflicted harmful or offensive sexual contact on the person of Jane Doe.

18.     Epstein tortiously committed a sexual assault and battery on Jane Doe.  Epstein's acts were intentional, unlawful, offensive and harmful.

19.     Epstein's plan and scheme in which he committed such acts upon Jane Doe were done willfully and maliciously.

20.     As a direct and proximate result of Epstein's assault on Jane, she has suffered and will continue to suffer severe and permanent traumatic injuries, including mental, psychological and emotional damages and loss of enjoyment of life.

WHEREFORE, Plaintiff Jane Doe No. 6 demands judgment against Defendant Jeffrey Epstein for compensatory damages, punitive damages, costs, and such other and further relief as this Court deems just and proper.

## COUNT II
## <u>Intentional Infliction of Emotional Distress</u>

21.     Plaintiff Jane Doe repeats and realleges paragraphs 1 through 14 above.

22.     Epstein's conduct was intentional or reckless.

23.     Epstein's conduct with a minor was extreme and outrageous, going beyond all bounds of decency.

MERMELSTEIN & HOROWITZ, P. A.                                        www.sexabuseattorney.com

- 5 -

24.     Epstein committed willful acts of child sexual abuse on Jane Doe.  These acts resulted in mental or sexual injury that caused or were likely to cause Jane Doe's mental or emotional health to be significantly impaired.

25.     Epstein's conduct caused severe emotional distress to Jane Doe.  Epstein knew or had reason to know that his intentional and outrageous conduct would cause emotional distress and damage to Jane Doe, or Epstein acted with reckless disregard of the high probability of causing severe emotional distress to Jane Doe.

26.     As a direct and proximate result of Epstein's intentional or reckless conduct, Jane Doe has suffered and will continue to suffer severe mental anguish and pain, psychological and emotional injuries and los of enjoyment of life. .

WHEREFORE, Plaintiff Jane Doe No. 6 demands judgment against Defendant Jeffrey Epstein for compensatory damages, costs, punitive damages, and such other and further relief as this Court deems just and proper.

## COUNT III
### Coercion and Enticement to Sexual Activity in Violation of 18 U.S.C. §2422

27.     Plaintiff Jane Doe repeats and realleges paragraphs 1 through 14 above.

28.     Epstein used a facility or means of interstate commerce to knowingly persuade, induce or entice Jane Doe, when she was under the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

29.     On June 30, 2008, Epstein entered a plea of guilty to violations of Florida §§ 796.07 and 796.03, in the 15th Judicial Circuit in and for Palm Beach County (Case nos. 2008-cf-009381AXXXMB and 2006-cf-009454AXXXMB), for conduct involving the same plan and scheme as alleged herein.

MERMELSTEIN & HOROWITZ, P. A.                                    www.sexabuseattorney.com

30.     As to Plaintiff Jane Doe, Epstein could have been charged with criminal violations of

Florida Statute §796.07(2) (including subsections (c), (d), (e), (f), (g), and (h) thereof), and other

criminal offenses including violations of Florida Statutes §§798.02 and 800.04 (including

subsections (5), (6) and (7) thereof).

31.     Epstein's acts and conduct are in violation of 18 U.S.C. §2422.

32.     As a result of Epstein's violation of 18 U.S.C. §2422, Plaintiff has suffered personal

injury, including mental, psychological and emotional damages.

33.     Plaintiff hired Mermelstein & Horowitz, P.A. (f/k/a Herman & Mermelstein, P.A.), in

this matter and agreed to pay them a reasonable attorneys' fee.

WHEREFORE, Plaintiff Jane Doe No. 6 demands judgment against Defendant Jeffrey

Epstein for all damages available under 18 U.S.C. §2255(a), including without limitation, actual and

compensatory damages, costs of suit, and attorneys' fees, and such other and further relief as this

Court deems just and proper.

### JURY TRIAL DEMAND

Plaintiff demands a jury trial in this action on all claims so triable.

Dated: May 27, 2009

Respectfully submitted,

By:_____

Stuart S. Mermelstein (FL Bar No. 947245)
ssm@sexabuseattorney.com
Adam D. Horowitz (FL Bar No. 376980)
ahorowitz@sexabuseattorney.com
MERMELSTEIN & HOROWITZ, P.A.
*Attorneys for Plaintiff*
18205 Biscayne Blvd., Suite 2218
Miami, Florida 33160
Tel: 305-931-2200
Fax: 305-931-0877

Original

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing, and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **JANE DOE NO. 8,** | **JEFFREY EPSTEIN** |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT NEW YORK |
|---|---|
| PALM BEACH COUNTY | (IN U.S. PLAINTIFF CASES ONLY) |
| (EXCEPT IN U.S. PLAINTIFF CASES) | |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Mermelstein & Horowitz, P.A., 18205 Biscayne Blvd., Suite 2218, Miami, FL 33160, (305) 931-2200 | |

(d) CIRCLE COUNTY WHERE ACTION AROSE: PALM BEACH    9:09CV 80802- KAM-LRJ

## II. BASIS OF JURISDICTION
(PLACE AN X ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
**X** 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Case Only)

| | PTF | DEF |
|---|---|---|
| Citizen of This State | **X** 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | **x** 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 |

PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT

| | PTF | DEF |
|---|---|---|
| Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
ACTION FOR COERCION AND ENTICEMENT TO SEXUAL ACTIVITY OF MINOR UNDER 18 U.S.C. §§2422 AND 2255(a) AND SUPPLEMENTAL STATE LAW CLAIMS

IVa. __5__ days estimated (for both sides) to try entire case

## V. NATURE OF SUIT
(PLACE AN X IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) B
- ☐ 153 Recovery of Overpayment of Veteran's Benefits B
- ☐ 160 Stockholder's Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- X 360 Other Personal Injury

- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personnel Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending B
- ☐ 380 Other Personnel Property Damage
- ☐ 385 Property Damage Product Liability

**B FORFEITURE PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**A OTHER STATUS**
- ☐ 400 Status Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc. B
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/ Commodities/ Exchange
- ☐ 875 Customer Challenge 12USC3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions* * A or B

Declaratory relief and state law claims for defamation

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure B
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**B PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General*
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other*
- ☐ 550 Civil Rights *A or B

**A LABOR**
- X 710 Fair Labor Standards Act
- ☐ 720 Labor Management Relations B
- ☐ 730 Labor Management Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Ret. Inc Security Act B

**A FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

## VI. ORIGIN

x 1. Original Proceeding    ☐ 2. Removed from State Court    ☐ 3. Remanded from Appellate Court (Specify)    ☐ 4. Refilled    ☐ 5. Transferred from another district Magistrate Judgment    ☐ 6. Multidistrict Litigation    ☐ 7. Appeal to District Judge from

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23    ☐ CLASS ACTION    DEMAND $ ☐    Check YES only if demanded in complaint: **X** YES    JURY DEMAND: ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):    **(SEE ATTACHED)**

JANE DOE NO. 2 v. JEFFREY EPSTEIN, CASE NO.: 08-CV-80119-MARRA/JOHNSON; JANE DOE NO. 3 v. JEFFREY EPSTEIN, CASE NO.: 08-CV-80232-MARRA/JOHNSON; JANE DOE NO. 4 v. JEFFREY EPSTEIN, CASE NO.: 08-CV-80380-MARRA/JOHNSON; JANE DOE NO. 5 v. JEFFREY EPSTEIN, CASE NO.: 08-CV-80381-MARRA/JOHNSON; JANE DOE NO. 6 v. JEFFREY EPSTEIN, CASE NO.: 08-CV-80994-MARRA/JOHNSON; JANE DOE NO. 7 v. JEFFREY EPSTEIN, CASE NO.: 08- CV-80993-MARRA/JOHNSON; C.M.A. v. CASE NO.: 08- CV-80811 -MARRA/JOHNSON; JANE DOE v. JEFFREY EPSTEIN, CASE NO.: 08- CV-80893-MARRA/JOHNSON; JANE DOE II V. JEFFREY EPSTEIN, CASE NO.: 08-CV- 80469-MARRA/JOHNSON; JANE DOE NO. 101V. JEFFREY EPSTEIN, CASE NO.: 08- CV-80591-MARRA/JOHNSON; JANE DOE NO. 102 v. JEFFREY EPSTEIN, CASE NO.: 08- CV-80656-MARRA/JOHNSON

| DATE 5/27/09 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 546395    Amount: 350
Date Paid: _____    M/ifp: _____

7